No. 417.   ANCICH ET AL. *v.* BORCICH ET AL.   C. A. 9th
Cir.   The motions for leave to file briefs of Atlantic Fish-
ermen's Union et al., and Fishermen and Allied Workers
Division, International Longshoremen's and Warehouse-
men's Union, as *amici curiae,* denied.   Certiorari denied.
MR. JUSTICE BLACK is of the opinion certiorari should be
granted and the judgment reversed.   *David A. Fall* and
*Arch E. Ekdale.* for petitioners.   *Claude A. Ferguson* for
respondents.

No. 420.   H. J. HEINZ Co. *v.* OWENS.   C. A. 9th Cir.
Certiorari denied.   MR. JUSTICE JACKSON took no part in
the consideration or decision of this application.   *William*
*H. Parmelee* and *Hector M. Holmes* for petitioner.

No. 423.   HERWIG *v.* CRENSHAW, COLLECTOR OF IN-
TERNAL REVENUE, ET AL.   C. A. 4th Cir.   Certiorari de-
nied.   *L. J. H. Herwig pro se.   Solicitor General Perlman,*
*Acting Assistant Attorney General Slack, John F. Davis*
and *Carolyn R. Just* for respondents.

No. 7, Misc.   SMITH *v.* MARYLAND.   Court of Appeals
of Maryland.   Certiorari denied.   MR. JUSTICE BLACK
and MR. JUSTICE DOUGLAS are of the opinion certiorari
should be granted.   Petitioner *pro se.   Hall Hammond,*
Attorney General of Maryland, and *Kenneth C. Proctor,*
Assistant Attorney General, for respondent.

No. 113, Misc.   TOUHY *v.* ILLINOIS.   Supreme Court
of Illinois.   Certiorari denied.   MR. JUSTICE CLARK took
no part in the consideration or decision of this application.
*Robert B. Johnstone* for petitioner.   *Ivan A. Elliott,* At-
torney General of Illinois, for respondent.